UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | CAUSE NO. 1:18-CR-88 DRL-SLC |
| MARK Z. PEREZ, | |
| Defendant. | |

OPINION AND ORDER

On October 22, 2019, Defendant Mark Z. Perez pleaded guilty before the Magistrate Judge to count 1 of the two-count indictment, charging him with distributing five grams or more of methamphetamine in violation of 21 U.S.C. § 841(a)(1). ECF 42. The Magistrate Judge recommended that the court accept Mr. Perez's guilty plea. ECF 43. Neither party objected to the Magistrate Judge's recommendation within the applicable 14-day period. *See* 28 U.S.C. § 636(b)(1)(B).

Federal Rule of Criminal Procedure 11 governs the requirements of a valid guilty plea. *United States v. Dyer*, 892 F.3d 910, 914 (7th Cir. 2018). The rule requires that a defendant both give the plea voluntarily, and understand the nature of the charges against him. *Id.* Because the court finds that Mr. Perez voluntarily made the plea and understood the nature of the charges against him, the court ADOPTS the recommendation of the Magistrate Judge, ACCEPTS Mr. Perez's guilty plea, and FINDS Mr. Perez guilty of one count of distribution of a controlled substance, namely five grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Sentencing is scheduled for **February 27, 2020 at 11:00 a.m. in Fort Wayne**. Sentencing memoranda must be filed by **February 17, 2020**.

SO ORDERED.

November 12, 2019     *s/ Damon R. Leichty*
                      Judge, United States District Court